# EXHIBIT A

# For Dental Professionals Only 


MIND THE GAP!



Now announcing...
## Curaprox Ultra-Soft CS 5460 Toothbrush for $.98 per/brush

5460 Ultra Soft Toothbrush is the only one with 5460 CUREN® bristles form an effective, durable and exceptionally gentle surface. The individual ultra fine bristles reach, in the non traumatic way, even the most difficult to reach areas of gums and teeth.
5460 CUREN® bristles in assorted colors - 0.1 mm in diameter - Compact head, slightly angled - Octagonal handle helps users to brush at the correct angle - Ultra Soft toothbrush offers unparalleled gentleness and efficiency!

### 5460 Ultra Soft Adult Toothbrush - PATIENT SAMPLING PROGRAM*

**5460 Ultra Soft Toothbrush** Item: 733271660 Curaprox CS 1560
Pricing shown for a box of 36 at $107.64

**5460 Ultra Soft Toothbrush** Item: 733271660 Curaprox CS 1560
Pricing shown for 72 receive 72 FREE at $141.12   **net price 0.98 per/brush**
*Auto-Shop Program Only – Delivered 3 more times this year – (may cancel at anytime)*
Ship every   1   2   3   4   5   6   months

**5460 Ultra Soft Toothbrush** Item: 733271660 Curaprox CS 1560
Pricing shown for 144 receive 144 FREE at $282.24  **net price 0.98 per/brush**

*\*Patient Sampling Program: Shipping fees apply. $9.95 per order or shipping destination regardless of size*

**Practice Name:** _____

**Doctor Name:** _____

**Address:** _____

**City, ST Zip:** _____

**Phone:** _____  **Email:** _____

**Credit Card:** _____

**Expiration:** _____  **CCV:** _____

Fax order to: 513.871.9207 or Email order to: diane@curaproxusa.com or Phone 602.432.4589
Order online: www.curaproxusaprofessional.com
Like us on Facebook Curaprox USA and Twitter 

Your number is in our private records. If we've reached you in error,
or you want off our list, please call 888-879-1777 for immediate processing.