# EXHIBIT A

# Bock Law Firm, LLC

134 N. La Salle St., Ste. 1000<br>
Chicago, IL 60602<br>
(312) 658-5500

Statement as of February 27, 2020

2783-001   Lyngaas, Brian, D.D.S. v. Curaden AG, and Curaden USA Inc.

**Expenses**

| Date | Description | Units | Price | Amount |
|---|---|---|---|---|
| 1/23/2017 | Westlaw research charges | 1.00 @ | 202.00 | 202.00 |
| 1/31/2017 | Pacer Charges | 1.00 @ | 0.50 | 0.50 |
| 3/17/2017 | Westlaw research charges | 1.00 @ | 148.00 | 148.00 |
| 3/22/2017 | USDC-MI-E - Court Filing Fees | 1.00 @ | 400.00 | 400.00 |
| 4/18/2017 | Alliance Business Solutions LLC - Service of Process - Translation of Documents for Service from English into German | 1.00 @ | 1,296.00 | 1,296.00 |
| 4/18/2017 | AAA Translation - Service of Process - Translation for Service of Complaint, Class Certification & Demand Letter from English into German | 1.00 @ | 913.50 | 913.50 |
| 4/27/2017 | Viking Advocates, LLC - Service of Process | 1.00 @ | 1,200.00 | 1,200.00 |
| 4/27/2017 | AAA Translation - Service of Process | 1.00 @ | 913.00 | 913.00 |
| 4/27/2017 | Postage | 1.00 @ | 5.95 | 5.95 |
| 5/2/2017 | Alliance Business Solutions LLC - Service of Process - Translation for Summons | 1.00 @ | 54.00 | 54.00 |
| 5/3/2017 | Elite Process Serving, Inc. - Service of Process - Summons Service to Curaden USA Inc. c/o Patrice N. Le Marie | 1.00 @ | 115.00 | 115.00 |
| 7/11/2017 | Westlaw research charges | 1.00 @ | 198.00 | 198.00 |
| 7/31/2017 | Pacer Charges | 1.00 @ | 0.50 | 0.50 |
| 7/31/2017 | Pacer Charges | 1.00 @ | 0.50 | 0.50 |
| 9/30/2017 | Pacer Charges | 1.00 @ | 0.30 | 0.30 |
| 10/30/2017 | Bizfilm Media LLC - Court Reporter/Transcript Expense - 11-1-17 deposition deposit | 1.00 @ | 525.00 | 525.00 |
| 10/31/2017 | Target - Miscellaneous Expenses - Webcam purchase for 11-1-17 plaintiff Lyngaas' deposition of defendant Curaden | 1.00 @ | 77.23 | 77.23 |
| 10/31/2017 | Photocopies | 7.00 @ | 0.10 | 0.70 |
| 11/2/2017 | Postage | 1.00 @ | 0.46 | 0.46 |

**Bock Law Firm, LLC**  Page: 2

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/3/2017 | Postage | 1.00 @ | 0.98 | 0.98 |
| 11/9/2017 | Photocopies | 25.00 @ | 0.10 | 2.50 |
| 11/10/2017 | Photocopies | 591.00 @ | 0.10 | 59.10 |
| 11/15/2017 | Mara Haiduk - Attorney Travel Expenses - MAB Reimbursement for 11-12 & 11-13 - 2017 Curaden deposition in Cincinnati, OH | 1.00 @ | 666.50 | 666.50 |
| 11/21/2017 | Bizfilm Media LLC - Court Reporter/Transcript Expense - 11-1-17 Clifford Zur Nieden Deposition - Zurich, Switzerland | 1.00 @ | 4,681.41 | 4,681.41 |
| 11/21/2017 | Postage | 1.00 @ | 0.49 | 0.49 |
| 11/22/2017 | Cin-Tel Corporation - Court Reporter/Transcript Expense - 11-13-17 Dale Alan Johnson deposition transcript | 1.00 @ | 1,171.65 | 1,171.65 |
| 11/22/2017 | Photocopies | 1.00 @ | 0.10 | 0.10 |
| 11/27/2017 | Westlaw research charges | 1.00 @ | 66.00 | 66.00 |
| 11/28/2017 | Photocopies | 3.00 @ | 0.10 | 0.30 |
| 11/29/2017 | Photocopies | 29.00 @ | 0.10 | 2.90 |
| 11/30/2017 | Westlaw research charges | 1.00 @ | 164.00 | 164.00 |
| 12/1/2017 | Photocopies | 14.00 @ | 0.10 | 1.40 |
| 12/4/2017 | Photocopies | 5.00 @ | 0.10 | 0.50 |
| 12/5/2017 | Postage | 1.00 @ | 0.46 | 0.46 |
| 12/5/2017 | Postage | 1.00 @ | 0.46 | 0.46 |
| 12/5/2017 | Postage | 1.00 @ | 0.46 | 0.46 |
| 12/7/2017 | Postage | 1.00 @ | 8.44 | 8.44 |
| 4/30/2018 | Westlaw research charges | 1.00 @ | 1.33 | 1.33 |
| 6/4/2018 | Tod A. Lewis - Reimbursement of Tod Lewis for attorney travel expenses - 5/23/18 deposition | 1.00 @ | 311.03 | 311.03 |
| 6/26/2018 | Tod A. Lewis - Reimbursement of Tod Lewis for attorney travel expenses; 6/1 - 6/2 trip to San Diego for deposition | 1.00 @ | 426.86 | 426.86 |
| 7/31/2018 | Westlaw research charges | 1.00 @ | 29.22 | 29.22 |
| 8/31/2018 | Westlaw research charges | 1.00 @ | 45.41 | 45.41 |
| 9/10/2018 | McDowell & Associates, Ltd. - Service of Process | 1.00 @ | 150.00 | 150.00 |
| 9/14/2018 | USDC CAS - Filing Fees | 1.00 @ | 400.00 | 400.00 |

**Bock Law Firm, LLC**  Page: 3

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 9/20/2018 | USDC CAS - Filing Fees | 1.00 @ | 206.00 | 206.00 |
| 9/26/2018 | Greentree Legal - Service of Process | 1.00 @ | 75.00 | 75.00 |
| 9/26/2018 | Greentree Legal - Service of Process | 1.00 @ | 75.00 | 75.00 |
| 9/26/2018 | SD Process Servers - Service of Process | 1.00 @ | 266.40 | 266.40 |
| 9/27/2018 | SD Process Servers - Service of Process | 1.00 @ | 45.00 | 45.00 |
| 9/30/2018 | Westlaw research charges | 1.00 @ | 30.56 | 30.56 |
| 9/30/2018 | Pacer Charges | 1.00 @ | 1.40 | 1.40 |
| 10/9/2018 | Greentree Legal - Service of Process | 1.00 @ | 150.00 | 150.00 |
| 10/17/2018 | SD Process Servers - Service of Process | 1.00 @ | 240.00 | 240.00 |
| 10/22/2018 | Tod A. Lewis - Reimbursement of Tod Lewis for travel expenses; 11/5-11/6 trip to San Diego for hearing | 1.00 @ | 266.97 | 266.97 |
| 10/31/2018 | Westlaw research charges | 1.00 @ | 193.78 | 193.78 |
| 11/2/2018 | One Source Discovery - Witness Fee | 1.00 @ | 5,000.00 | 5,000.00 |
| 11/13/2018 | Tod A. Lewis - Reimbursement of Tod Lewis for attorney travel expenses; 11/5-11/6 trip to San Diego, CA for Hearing to Show Cause | 1.00 @ | 404.25 | 404.25 |
| 11/14/2018 | Elite Process Serving, Inc. - Service of Process | 1.00 @ | 170.40 | 170.40 |
| 11/19/2018 | Lee Howard - Expert witness fees | 1.00 @ | 3,200.00 | 3,200.00 |
| 11/19/2018 | Tod A. Lewis - Reimbursement of Tod Lewis for attorney travel expenses; 11/12 - 11/13 trip to San Diego for AdMax deposition | 1.00 @ | 1,568.16 | 1,568.16 |
| 11/30/2018 | Westlaw research charges | 1.00 @ | 111.38 | 111.38 |
| 12/1/2018 | FedEx - Federal Express Delivery | 1.00 @ | 8.82 | 8.82 |
| 12/3/2018 | Bridges Court Reporting - Court Reporter/Transcript Expense | 1.00 @ | 1,184.55 | 1,184.55 |
| 12/13/2018 | Sousa Court Reporters - Court Reporter/Transcript Expense | 1.00 @ | 272.10 | 272.10 |
| 12/13/2018 | Dixie Cattell & Associates - Court Reporter/Transcript Expense | 1.00 @ | 179.30 | 179.30 |
| 12/17/2018 | Tod A. Lewis - Reimbursement of Tod A. Lewis for attorney travel expenses; 12/03 - 12/05 trip to Cincinnati, OH for depositions of Patrice LaMaire, Lee Howard, and Curaden USA 30 B6 | 1.00 @ | 1,023.20 | 1,023.20 |
| 12/17/2018 | David Oppenheim - Reimbursement of David Oppenheim for attorney travel expenses; 12/7/18 trip | 1.00 @ | 893.98 | 893.98 |

**Bock Law Firm, LLC**                                                    Page: 4

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | to Detroit, MI for hearing | | | |
| 12/18/2018 | USPS - Postage | 1.00 @ | 14.76 | 14.76 |
| 12/21/2018 | Viasat In-Flight Wifi - Attorney Travel Expenses | 1.00 @ | 12.00 | 12.00 |
| 12/27/2018 | Hanson/Renaissance Court Reporting - Court Reporter/Transcript Expense | 1.00 @ | 188.30 | 188.30 |
| 12/31/2018 | Westlaw research charges | 1.00 @ | 111.71 | 111.71 |
| 12/31/2018 | Pacer Charges | 1.00 @ | 0.20 | 0.20 |
| 12/31/2018 | Westlaw research charges | 1.00 @ | 58.94 | 58.94 |
| 1/3/2019 | Cin-Tel Corporation - Court Reporter/Transcript Expense | 1.00 @ | 1,101.30 | 1,101.30 |
| 1/3/2019 | FedEx - Federal Express Delivery | 1.00 @ | 11.01 | 11.01 |
| 1/3/2019 | Cin-Tel Corporation - Court Reporter/Transcript Expense | 1.00 @ | 1,166.50 | 1,166.50 |
| 1/3/2019 | FedEx - Federal Express Delivery | 1.00 @ | 34.63 | 34.63 |
| 1/31/2019 | Pacer Charges | 1.00 @ | 50.90 | 50.90 |
| 2/28/2019 | Pacer Charges | 1.00 @ | 0.80 | 0.80 |
| 2/28/2019 | Westlaw research charges | 1.00 @ | 149.25 | 149.25 |
| 6/4/2019 | Lee Howard - Expert Witness | 1.00 @ | 2,375.00 | 2,375.00 |
| 6/17/2019 | USPS - Postage | 1.00 @ | 30.10 | 30.10 |
| 6/17/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 6/18/2019 | Dixie Cattell & Associates - Court Reporter/Transcript Expense | 1.00 @ | 205.65 | 205.65 |
| 6/25/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 6/26/2019 | USPS - Postage | 1.00 @ | 26.80 | 26.80 |
| 7/9/2019 | FedEx - Federal Express Delivery | 1.00 @ | 12.66 | 12.66 |
| 7/9/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 7/16/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 7/16/2019 | FedEx - Federal Express Delivery | 1.00 @ | 31.24 | 31.24 |
| 7/24/2019 | Class-Settlement.com - Class Notice | 1.00 @ | 9,932.00 | 9,932.00 |
| 8/1/2019 | FedEx - Federal Express Delivery | 1.00 @ | 27.35 | 27.35 |
| 8/1/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 8/21/2019 | FedEx - Federal Express Delivery | 1.00 @ | 41.99 | 41.99 |

**Bock Law Firm, LLC**                                                                                                    Page: 5

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 8/21/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 8/23/2019 | FedEx - Binding | 1.00 @ | 20.47 | 20.47 |
| 8/26/2019 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; airfare to canceled hearing | 1.00 @ | 951.60 | 951.60 |
| 8/26/2019 | Tod A. Lewis - Reimbursement of Tod Lewis for Attorney Travel Expenses; airfare to 8/26-8/27 Pretrial Conference and Mediation | 1.00 @ | 428.00 | 428.00 |
| 9/3/2019 | Lee Howard - Reimbursement of Lee Howard for nonrefundable nontransferable airfare after resetting trial date | 1.00 @ | 536.60 | 536.60 |
| 9/13/2019 | Staples - Binding | 1.00 @ | 118.95 | 118.95 |
| 9/13/2019 | FedEx - Binding | 1.00 @ | 25.19 | 25.19 |
| 9/13/2019 | FedEx - Federal Express Delivery | 1.00 @ | 54.02 | 54.02 |
| 9/16/2019 | Staples - Binding | 1.00 @ | 26.45 | 26.45 |
| 10/1/2019 | David B. Yarbrough - Court Reporter/Transcript Expense | 1.00 @ | 1,012.00 | 1,012.00 |
| 10/1/2019 | Lee Howard - Expert Witness | 1.00 @ | 8,510.70 | 8,510.70 |
| 10/3/2019 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; travel for trial 9/16/19 through 9/20/19 | 1.00 @ | 2,549.70 | 2,549.70 |
| 10/3/2019 | David Oppenheim - Reimbursement of David Oppenheim for Attorney Travel Expenses; 9/9/19 settlement conference and 9/11/19 pretrial conference | 1.00 @ | 2,076.64 | 2,076.64 |
| 10/3/2019 | David Oppenheim - Reimbursement of David Oppenheim for Attorney Travel Expenses; 9/18/19 - 9/19/19 travel for trial | 1.00 @ | 1,742.12 | 1,742.12 |
| 10/3/2019 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; 9/11/19 pretrial conference | 1.00 @ | 861.80 | 861.80 |
| 10/8/2019 | Tod A. Lewis - Reimbursement of Tod Lewis for Attorney Travel Expenses; 9/16 - 9/20 trial | 1.00 @ | 2,301.97 | 2,301.97 |
| 10/8/2019 | Tod A. Lewis - Reimbursement of Tod Lewis for Attorney Travel Expenses; 9/09 - 9/11 pretrial conference | 1.00 @ | 1,102.85 | 1,102.85 |
| 10/16/2019 | FedEx - Federal Express Delivery | 1.00 @ | 78.51 | 78.51 |
| 10/16/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |

**Bock Law Firm, LLC**  Page: 6

| | | | | |
|---|---|---|---|---|
| 12/16/2019 | FedEx - Binding | 1.00 @ | 6.30 | 6.30 |
| 12/16/2019 | FedEx - Federal Express Delivery | 1.00 @ | 49.63 | 49.63 |
| 2/25/2020 | To be paid to Class-Settlement.com (cost of issuing notice of judgment and receiving claims from class members) | 1.00 @ | 33,100.00 | 33,100.00 |

Sub-total Expenses:   100,989.08

Total Current Billing:   100,989.08
Total Payments:   0.00
**Total Now Due:**   **100,989.08**