UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LYNGAAS, D.D.S.,
individually and as the
representative of a class of
similarly situated persons,

       Plaintiff,

v

CURADEN AG, et al.,

       Defendants.
_____/

Case No. 17-10910

HON. MARK A. GOLDSMITH

### ORDER FOR CLAIMS ADMINISTRATOR TO FILE A STATUS REPORT

The final judgment issued in this case appointed Class-Settlement.com to serve as the claims administrator in this case (Dkt. 146). On or before October 1, 2020, the claims administrator must file a status report summarizing the notice efforts to the class, the number of claims received, the nature of any objections to the claims lodged by Defendants, the resolution, if any, of those objections, and any other information that the claims administrator believes should be furnished to the Court. Following its review of the report, the Court will set the time by which class counsel and Lyngaas may file a renewed motion for attorney fees and an incentive award.

       SO ORDERED

Dated: September 3, 2020
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge