UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LYNGAAS, D.D.S.,
individually and as the representative
of a class of similarly situated persons,

      Plaintiff,

v.

CURADEN AG, et al.,

      Defendants.
_____/

Case No. 17-10910

HON. MARK A. GOLDSMITH

**ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFF'S MOTION FOR LITIGATION EXPENSES, ATTORNEY FEES, AND A NAMED PLAINTIFF INCENTIVE AWARD (Dkt. 174)**

The Court has reviewed Plaintiff Brian Lyngaas, D.D.S.'s motion for litigation expenses, attorney fees, and a named plaintiff incentive award (Dkt. 174).

Lyngaas's claimed litigation expenses include (i) a July 24, 2019 Class-Settlement.com invoice for $9,932.00 (Dkt. 174-2), also identified as a "Class Notice" charge in Lyngaas's itemization of his expenses, see Expense Itemization at PageID.25866 (Dkt. 174-1); and (ii) a February 14, 2020 Class-Settlement.com quote that includes $11,580 for "Settlement Distribution" (Dkt. 174-4), also identified as a charge "[t]o be paid to Class-Settlement.com if money is recovered and distributed," see Expense Itemization at PageID.25866. Lyngaas is directed to file a supplemental memorandum explaining the nature of these two charges and how they constitute reasonable litigation expenses, as well as an affidavit or declaration in support.

Lyngaas's supplemental briefing must also include an analysis of class counsel's claimed lodestar value—that is, its hours spent multiplied by its hourly rate—for this matter. Lyngaas is

1

further directed to file a copy of its retainer agreement. Lyngaas may move to file these documents under seal.

Lyngaas is directed to file the supplemental memorandum and accompanying materials identified above by June 13, 2022.

SO ORDERED.

Dated: June 3, 2022    s/Mark A. Goldsmith
    Detroit, Michigan    MARK A. GOLDSMITH
                                     United States District Judge