UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LYNGAAS, D.D.S.,
individually and as the representative
of a class of similarly situated persons,

  Plaintiff,

Case No. 17-10910

v.

HON. MARK A. GOLDSMITH

CURADEN AG, et al.,

  Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE MEMORANDUM

In this class action brought by Plaintiff Brian Lyngaas, D.D.S.—individually and as the representative of those similarly situated—the Court found that Defendant Curaden USA, Inc. was liable to the class for a total of $907,500. See 12/21/21 Op. & Order (Dkt. 173). The Court directed that, within 14 days, either (i) the parties submit a proposed order or judgment, if they could agree on the form and language; or (ii) Lyngaas file a motion for entry, if the parties could not agree on the form and language. Id. at 7.

The parties did not submit a proposed order or judgment, nor did Lyngaas file a motion for entry. Lyngaas is directed to file a memorandum within 7 days explaining why he did not comply with the Court's order.

  SO ORDERED

Dated: July 12, 2022  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 12, 2022.

                                            s/William Barkholz, acting in the absence of
                                            Karri Sandusky
                                            WILLIAM BARKHOLZ
                                            Case Manager