UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LYNGAAS, D.D.S.,
individually and as the representative
of a class of similarly situated persons,

      Plaintiff,

v.

CURADEN AG, et al.,

      Defendants.
_____/

Case No. 17-cv-10910

HON. MARK A. GOLDSMITH

## FINAL JUDGMENT

For the reasons discussed in the Court's December 21, 2021 Opinion and Order (Doc. 173), final judgment is entered in favor of Plaintiff and the class previously certified and notified (the "Class") and against Defendant Curaden USA, Inc., in the total amount of $908,500 plus costs. That amount is the sum of (i) $1,000 awarded for Plaintiff's individual claim and (ii) a total of $907,500 for the other class members' claims. The Class was defined as "All persons or entities who were successfully sent one or more facsimiles in March 2016 offering the Curaprox '5460 Ultra Soft Toothbrush' for '.98 per/brush' to 'dental professionals only.'" As stated in the December 21, 2021 opinion and order, 919 persons established their membership in the Class. Those persons each established that either one or two facsimiles were sent them, as summarized in Exhibit A (filed under seal). Each Class

member is awarded $500 per fax successfully sent to them, less attorney fees, litigation expenses, and class representative award, as set forth in an opinion and order issued today. This is a final and appealable order pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                            By:   s/Karri Sandusky
                                        DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2022